## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: MONTE C. CRANE §      Case No. 10-73012
VERNA L. CRANE §
§
Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on 06/15/2010.

2)  The plan was confirmed on 11/01/2010.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 02/03/2011.

5)  The case was dismissed on 03/04/2011.

6)  Number of months from filing or conversion to last payment: 5.

7)  Number of months case was pending: 11.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $5,200.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 780.00 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | $ 780.00 |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 147.28 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 51.28 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 198.56 |

Attorney fees paid and disclosed by debtor:          $ 0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 147.28 | 0.00 |
| COMPASS EQUIPMENT FINANCE | Sec | 6,500.00 | 6,500.00 | 6,500.00 | 289.97 | 258.28 |
| MIDWEST TITLE LOANS | Sec | 900.00 | 1,414.57 | 900.00 | 33.19 | 0.00 |
| MIDWEST TITLE LOANS | Uns | 0.00 | 0.00 | 514.57 | 0.00 | 0.00 |
| AAA COMMUNITY FINANCE | Uns | 2,573.31 | 607.79 | 607.79 | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 96.38 | NA | NA | 0.00 | 0.00 |
| BELOIT RADIOLOGY LTD | Uns | 51.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEATLH EDISON | Uns | 672.75 | NA | NA | 0.00 | 0.00 |
| DOCTORS REPORTING SERVICE OF | Uns | 4,055.60 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 210.61 | 1,003.59 | 1,003.59 | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 285.53 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 1,679.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Uns | 399.93 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 0.00 | 335.98 | 335.98 | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Uns | 0.00 | 167.75 | 167.75 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 1,096.64 | 1,096.64 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 468.66 | 468.66 | 0.00 | 0.00 |
| WP & L COMPANY DBA ALLIANT | Uns | 0.00 | 364.16 | 364.16 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROCKFORD MERCANTILE AGENCY | Uns | 1,737.00 | 1,999.54 | 1,999.54 | 0.00 | 0.00 |
| SALLIE MAE LOAN SERVICING | Uns | 1,334.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN WISCONSIN | Uns | 770.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 356.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 667.00 | 667.00 | 667.00 | 0.00 | 0.00 |
| PARAMOUNT RECOVERY SYSTEMS | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLE MANAGEMENT | Uns | 2,379.00 | NA | NA | 0.00 | 0.00 |
| RECOVERY SERVICES OF AMERICA | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 183.60 | NA | NA | 0.00 | 0.00 |
| MCI | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL SERVICES BUREAU | Uns | 793.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 7,496.00 | 8,144.53 | 8,144.53 | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Uns | 1,096.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 1,166.00 | NA | NA | 0.00 | 0.00 |
| HSBC TAXPAYER FINANCIAL | Uns | 7,174.00 | 7,174.29 | 7,174.29 | 0.00 | 0.00 |
| I.C. SYSTEMS | Uns | 393.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT | Uns | 2,996.00 | 2,839.50 | 0.00 | 0.00 | 0.00 |
| INFINITY HEALTHCARE | Uns | 618.00 | NA | NA | 0.00 | 0.00 |
| JON BARRY & ASSOCIATES | Uns | 982.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Uns | 868.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 9,709.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY | Uns | 187.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| HARRIS BANK | Uns | 509.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS | Uns | 96.38 | NA | NA | 0.00 | 0.00 |
| BELOIT MEMORIAL HOSPITAL | Uns | 1,186.00 | NA | NA | 0.00 | 0.00 |
| BLACKHWAK COMMUNITY CREDIT | Uns | 62,538.13 | NA | NA | 0.00 | 0.00 |
| ACCOUNT SERVICES | Uns | 538.00 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS, INC. | Uns | 1,689.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 1,008.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Uns | 1,144.00 | NA | NA | 0.00 | 0.00 |
| TENANT TRACKER | Uns | 1,381.00 | NA | NA | 0.00 | 0.00 |
| TEXAS GUARANTEED STUDENT | Uns | 257.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD CARDIOLOGY | Uns | 343.00 | 365.00 | 365.00 | 0.00 | 0.00 |
| FMCI MASS MARKET | Uns | 260.00 | 260.69 | 260.69 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ZENITH ACQUISTION CORP | Uns | 37,335.00 | NA | NA | 0.00 | 0.00 |
| BAYLOR MED CTR-GARLAND | Uns | 2,562.06 | 2,562.06 | 2,562.06 | 0.00 | 0.00 |
| BAYLOR MED CTR-GARLAND | Uns | 166.11 | 166.11 | 166.11 | 0.00 | 0.00 |
| BAYLOR MED CTR-GARLAND | Uns | 965.83 | 965.83 | 965.83 | 0.00 | 0.00 |
| BAYLOR MED CTR-GARLAND | Uns | 1,076.52 | 1,076.52 | 1,076.52 | 0.00 | 0.00 |
| BAYLOR MED CTR-GARLAND | Uns | 2,249.81 | 2,249.81 | 2,249.81 | 0.00 | 0.00 |
| BAYLOR MED CTR-GARLAND | Uns | 256.22 | 256.22 | 256.22 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 410.00 | 410.00 | 410.00 | 0.00 | 0.00 |
| SFC | Uns | 680.25 | 680.25 | 680.25 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 0.00 | 9,771.59 | 9,771.59 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 7,400.00 | $ 323.16 | $ 258.28 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 7,400.00 | $ 323.16 | $ 258.28 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 41,308.58 | $ 0.00 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 198.56 |
| Disbursements to Creditors | $ 581.44 |
| **TOTAL DISBURSEMENTS:** | $ 780.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  <u>05/20/2011</u>          By:  <u>/s/ Lydia S. Meyer</u>
                                           Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**